UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for AmTrust
Bank,

                     Plaintiff,

              -against-

THE MORTGAGE ZONE, INC., JOAM LLC,
85 PULASKI STREET CORP., TWELVE 21
MANAGEMENT CORP., THREE 13
DEVELOPMENT CORP., 28 ROCHESTER
AVE. CORP., ADEOLU ADENIJI, SHARON
FRIDAY, DEAN A. RESKAKIS, ANDY
ARTEMIOU, RODNEY JORDAN, SIDNEY
HOYLE, BIG CAPITOL, INC., KENRICK
CAESAR, NICOLA A. HURRY, ROBERT
JONES, TOI CORDY, WILLIAM GREEN,
SHAKIRA J. COPENNY, WAYNE RAMJIT,
OLUWOLE ADEBOWALE, TROYDEN
SARGEANT, ICON TITLE AGENCY LLC,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY and XYZ ENTITY
(a fictional name),

                     Defendants.
------------------------------------------------------------X

**ORDER**

08-CV-3369 (TCP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    MAR 30 2012    ★

LONG ISLAND OFFICE

PLATT, District Judge.

      Before the Court is Magistrate Judge William D. Wall's Report and Recommendation ("R &R") as to the damages portion of the Federal Deposit Insurance Company's ("plaintiff") motion for summary judgment.

      On July 22, 2011, plaintiff's motion for summary judgment was granted on liability against defendant Dean Reskakis (DE 203). The undersigned referred the damages portion of plaintiff's motion to Magistrate Judge Wall for a R & R (DE 219). As set forth in the Magistrate Judge's report, he recommends that plaintiff FDIC, as Receiver for AmTrust Bank, be awarded

$7,811,516.40, with that sum subject to offset by any monies realized if, as and when plaintiff forecloses on the subject properties or receives additional funds from other defendants.

Reskakis timely filed his objections to the R & R (DE 220). Plaintiff timely opposed defendant Reskakis' objections (DE 222).

Having considered Magistrate Judge Wall's R & R, Reskakis' objections and plaintiff's opposition to those objections, the undersigned adopts the R & R in its entirety for the reasons set forth therein. Accordingly, the Clerk of the Court is directed to enter judgment against defendant Reskakis in favor of plaintiff FDIC, as Receiver for AmTrust Bank, in the sum of $7,811,516.40, to be offset by any funds received by the FDIC through foreclosure of the subject properties or monies received by other defendants. In the event the FDIC receives any such monies, it shall so notify both the Clerk of the Court and Reskakis, by first-class mail at his last known address.

**SO ORDERED.**

Dated: March 28, 2012
       Central Islip, New York

/s/
Thomas C. Platt, U.S.D.J.